Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
_Middle_ District of _Pennsylvania_

_Civil_ Division

_Marvin "Running River" Banks_

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

_Novasel        et al._

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _20 - 1545_

*(to be filled in by the Clerk's Office)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Marvin "Running River" Banks

All other names by which you have been known: Running River.

ID Number: ND 5137

Current Institution: SCI Benner

Address: 301 institution Dr.

Bellefonte  P.A  16823
City         State    Zip Code

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Sgt Novosel

Job or Title *(if known)*: sergeant "correctional officer."

Shield Number:

Employer: SCI Benner Department of Corrections

Address: 1920 Technology Parkway.

Mechanicsburg  P.A  17050
City            State  Zip Code

[✓] Individual capacity  [✓] Official capacity   14th Due Process
14th equal protections

Defendant No. 2

Name: C.O. Mr. Snyder.

Job or Title *(if known)*: Correctional officer. Security team

Shield Number:

Employer: Department of Corrections.

Address: 1920 Technology Parkway.

Mechanicsburg  P.A  17050
City            State  Zip Code

[✓] Individual capacity  [✓] Official capacity

14th equal protection.

Due Process

RLUIPA.

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

|  | City | State | Zip Code |
|--|------|-------|----------|

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

|  | City | State | Zip Code |
|--|------|-------|----------|

☐ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Sergeant Novosel 14th amendment Procedual Due Process and Equal Protections

C.O. Snyder RLUIPA 14th Procedual Due Process and Equal Protections.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

---

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

They acted under color of State law because policy lays out the procedure in which any misconduct was to be sought and also the procedures for confiscated items and how to inquire about religious items. In which They failed to utilize

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

The events arose here at SCI benner on G-A block at cell 251. on 2-22-20

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

2-22-20

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?* Witness Timothy Francisco # NCB114
*Was anyone else involved? Who else saw what happened?)*

on that day sgt Novosel after conducting a bars and windows search while we were eating called me and informed me he had found a razor blade and a dead lighter in my cell he then stated he observed a sign in my cell that read if you touch sacred items /After I'll sue and informed me As a prisoner he can't take my items and because Im not allowed a prayer alt. I said no!! he then called co Snyder whose on the security search team to come and look for any more razors. co Snyder calls me out cellmate up to to cell search as we are two watching! sgt Novosel enters the cell and tells co Snyder to take

V.     **Injuries** all his Native Items Im tired of him. I was then transfered to the RHU as the
cell search persisted
and found
If you sustained injuries related to the events alleged above, describe your injuries and state what medical upon my release
treatment, if any, you required and did not receive. to the RHU

I had a mental breakdown where I was
a tempting to commit suicide and was
Placed in a Protective observation cell.
All my Items were gone from my property and there was no record of what Items were taken by Co Snyder by policy

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

I want the court to have the officer fired
and to Pay $50,000 apiece. to return my items
and require the D.O.C to not touch sacred items
again and to visually inspect in the Presence
of our Chaplain which will respect
the least restrictive means clause of the
Religious land use and institutionalized personact.

I was not suppose to be Placed in the hole

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

SCI Benner

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[✓] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E.   If you did file a grievance:

1.   Where did you file the grievance?

In the jail. I filed 2 grievances but it was all the same incident.

2.   What did you claim in your grievance?

that I was put in the RHU illegally without One Pass and that C.O. Snyder illegally stole my religious Items without giving receipt

3.   What was the result, if any?

Denied all the way to the final stage

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appeals all the way up.

*Sgt Novasel,*



## Final Appeal Decision Dismissal

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050



04/21/2020 08:32

| | | | |
|---|---|---|---|
| **Inmate Name:** | BANKS, MARVIN | **DOC #:** | ND5137 |
| **SCI Filed:** | Benner Township | **Current SCI:** | Benner Township |
| **Grievance #:** | 855336 | | |

This serves to acknowledge receipt of your appeal to final review for the grievance identified above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, this Office has reviewed all documents provided as part of the grievance record. Upon consideration of the entire record, it is the decision of this office to dismiss your appeal to final review due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

**Decision:** Dismiss

Your grievance was properly rejected at the facility level for the reason(s) outlined below.

**Rationale:**

- Grievances related to Inmate Discipline/Misconduct Procedures shall be handled according to Policy DC-ADM 801 and shall not be reviewed by the Facility Grievance Coordinator.

**Response:**

This office finds your grievance was properly rejected. Therefore, your appeal to this office is dismissed.

| | |
|---|---|
| **Signature:** | |
| **Name:** | D. Varner |
| **Title:** | Chief Grievance Officer |
| **Date:** | 4/21/20 |

cc: DC-15/Superintendent - Benner Township
Grievance Office



G.O. Snyder

# Final Appeal Decision Dismissal

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
04/21/2020 08:22                1920 Technology Parkway
Mechanicsburg, PA 17050

| | | | |
|---|---|---|---|
| **Inmate Name:** | BANKS, MARVIN | **DOC #:** | ND5137 |
| **SCI Filed:** | Benner Township | **Current SCI:** | Benner Township |
| **Grievance #:** | 855221 | | |

This serves to acknowledge receipt of your appeal to final review for the grievance identified above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, this Office has reviewed all documents provided as part of the grievance record. Upon consideration of the entire record, it is the decision of this office to dismiss your appeal to final review due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

**Decision:** Dismiss

Your grievance was properly rejected at the facility level for the reason(s) outlined below.

**Rationale:**

- You have not provided this Office with required and/or legible documentation for proper review.

**Response:**

Your grievance was not filed in accordance with DOC policy DC-ADM 804. Instead of resubmitting your grievance with the required documents, you chose to appeal directly to the Facility Manager.

**Signature:**

**Name:**                D. Varner

**Title:**                Chief Grievance Officer

**Date:**                4/21/20

cc:   DC-15/Superintendent - Benner Township
       Grievance Office

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

filed

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

filed two seperate grievances but this two incidents are the same incidents

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)  _____

    Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8-19-20

Signature of Plaintiff    *Marvin Banks*
Printed Name of Plaintiff    *Marvin Banks  ND 5137*
Prison Identification #    *ND5137.*
Prison Address    *SCI Benner 301 institution Dr.*
*Bellefonte          PA   16823*
                    City              State      Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
                    City              State      Zip Code

Telephone Number    _____
E-mail Address    _____

M.D. Pa. AO 240 (Rev. 11/18) - Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)    Page 3

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my
relationship with each person, and how much I contribute to their support:

*none*

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*I owe 120$ to this Prison*

**DECLARATION:**  I declare under penalty of perjury that the above information is true and understand
that a false statement may result in a dismissal of my claims.

*8-19-20*
_____
Date

*Marvin "RR" Banks*
_____
Applicant's signature

*Marvin "RR" Banks*
_____
Printed name

**AUTHORIZATION:** I understand that the filing fee for this civil complaint is $350.00, and that I am obligated to pay
the full filing fee regardless of the outcome of the proceedings.

I request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or
institutional equivalent) in the amount specified by 28 U.S.C. § 1915(b)(2).

This Authorization shall apply to any other agency into whose custody I may be transferred.

*8-19-20*
_____
Date

*Marvin "RR" Banks*
_____
Applicant's signature

*Marvin "RR" Banks*
_____
Printed name

*Inmate Accounts*

**CERTIFICATION OF PRISONER'S INSTITUTIONAL ACCOUNT BALANCE:** An authorized prison official
must complete the certification below and furnish a certified copy of your institutional account statement showing all deposits,
withdrawals, and balances for the prior six-month period, to be filed with this application.

I certify that the prisoner named herein has the sum of $ *.06¢* on account at
*Benner Township* correctional institution, where he is presently confined.

$ *12.21* I further certify that during the prior six-month period, the prisoner's average monthly account balance was
_____; and that the average amount deposited monthly in the account during the prior six-month
period was $ *96.00* .

*Tonya M. Scott*
_____
Signature and Title of Authorized Prison Official
*Accounting Assistant*
*SCI Benner Township*

*8-14-2020*
_____
Date

United States District
For The Middle District of Pennsylvania.

Marvin "Running River" Banks
       Plaintiff

       V.

SgT. Novosel
C.O. Snyder.
       Defendants

Civil NO.

Jury Trail Demanded.

## Complaint

AND NOW, comes Plaintiff, Marvin "RR" Banks, by and through his Pro Se status, hereby fileing this Complaint against the Defendants, SgT. Novosel and C.O. Snyder and in support there of alleges as follows:

### 1. Pleliminary Statement

1  This action arises out of violations of civil rights of Marvin Running River Banks a Native American Prisoner ("Mr. Banks")

2  Defendants SgT. Novosel and C.O.<sup>me</sup> Snyder (collectively, Defendants") Discriminated against Mr. Banks leading to the illegal Siezing of his Religious Items and the False imprisonment of his person without Due Process. for both failed to follow the Prison Policy on procedure to be followed for both of their acts

Inmate hand book Page 35

See UZZELL V. Scully, 893 F. Supp. 259, 263 n.10 (S.D.N.Y. 1995)

see Village of Willowbrook V. Olech, 528 U.S. 562, 564, 120 S. Ct. no rational for treatment 1073, 1074, 145 L. Ed. 2d 1060 ;1063 (2000) which violated equal protection.

4. Misconducts are disposed of by either an informal resolution meeting with your Unit Manager or a formal hearing conducted by the Hearing Examiner. The misconduct charges eligible for informal resolutions are Class I charges #'s 35 through 46, and all Class II charges.

*more is 36*

5. For an informal resolution, the Unit Manager/designee and at least one other member of the Unit Management Team will meet with you for disposition of the charges within seven working days, excluding weekends and state holidays. The reporting staff member is not required to attend the meeting.

6. If you refuse to attend the informal resolution meeting, the Unit Manager will return the misconduct report to the Shift Commander and it will be forwarded to a Hearing Examiner for a formal hearing. If the misconduct report is handled formally, a Hearing Examiner will conduct the hearing.

*never was given one*

7. You are expected to attend the misconduct hearing. If you refuse to attend, you will be asked to sign a waiver advising you that you have a right to a hearing but you may waive that right. If you refuse to attend the hearing or sign a waiver, two staff members who witness the refusal will sign the waiver from and the hearing will be held without your presence. The Hearing Examiner will determine guilt or innocence, and a sanction will be imposed if you are found guilty. You may not appeal the results of a hearing you refuse to attend.

8. If you become disruptive at the hearing or refuse to follow the instructions given by the Hearing Examiner, you will be removed and the hearing will be conducted without you being present.

9. In cases when it is apparent that you are unable to collect and present evidence effectively on your own behalf, assistance will be permitted. You must be unable to understand the English language or be unable to read or understand the charges and/or the evidence to have assistance.

10. If you are physically or mentally unable to participate in a hearing, the Hearing Examiner will postpone the hearing until you are able to participate. The decision to postpone a hearing for one of these reasons will be in writing and will be made at the time the hearing would have been held.

11. In misconducts involving financial loss or cost because of your behavior, the Hearing Examiner may impose costs against your for replacement or repair of items.

12. The Hearing Examiner may dismiss any misconduct charge without prejudice, to permit recharge without deciding if you are guilty or innocent.

13. If you are found guilty of an alcohol or drug-related misconduct, the Hearing Examiner will complete a **Drug-Related Misconduct Form** and give you a copy. This form will serve as your notice that you were found guilty of a misconduct for dealing, possessing, or using (including by urinalysis or refusal to submit to urinalysis) illegal drugs, un-prescribed drugs, controlled substances and/or drug paraphernalia and that you will be prohibited from having contact visits for the period specified below.

1st offense – 180 days
2nd offense – 360 days
3rd offense – indefinitely

3.  Prior to your release to parole supervision or to a Community Corrections Center, the facility will provide a record of payments made, remaining account balances of any court ordered restitution, and/or other court related financial obligations to the Board of Probation and Parole or the Regional Office of Community Corrections.

4.  Certain inmates are required to pay a fee to the Crime Victims Compensation Fund. The amount of the fee varies depending upon the date the crime was committed, and the amount specified in the Sentencing Order. Your counselor will advise you of the amount owed.

5.  If you are released at the expiration of your maximum sentence, the business office will provide a record of payments and remaining account balances of any court ordered restitution or other court related financial obligations to the county collection agency designated by the court order.

### C.  Copying Charges

You may have documents copied but you must pay for them. The cost for copies of information contained in your inmate file and your medical file is different. See the **DC-ADM 003, "Release of Information."**

### D.  Private Business

You are not permitted to incorporate or engage actively in a business or profession while under the supervision of the Department. If you engaged in a business or profession prior to your incarceration, you must assign authority for the operation of the business or profession to a person in the community. Even though you have turned over the operation of a business or profession to another person, there may be an occasional need for a decision substantially affecting the assets or prospects of the business. The Facility Manager may, upon request from you, authorize a special visit for such extraordinary occasions. Conducting a business or profession, except as noted below, will subject you to a misconduct. There are exceptions:

1.  If you are un-sentenced, you may continue to control your business or profession if it does not place undue burden on the facility;

2.  If you are in a Work Release Program, you may engage in a private business or profession, as part of your Work Release Program, if it does not place undue burden on the facility; and

3.  If you are transferred to a Community Corrections Center, you may engage in a private business or profession as part of your community-based program.

## II.  Daily Operations

### A.  Identification Cards

Each inmate is issued an Identification Card (I.D.). You must carry your I.D. card at all times, other than to/from the showers. You must show your I.D. card, and give your name and number to any employee who asks for it. You should keep your I.D. card in good condition; it is used for commissary and other activities. Lost, destroyed, or damaged I.D. cards must be replaced immediately; the cost will be charged to your account. You must obtain a new I.D. at your expense when there is a significant change in your physical appearance, weight gain/loss, growing/shaving facial hair, etc. The cost of the new I.D. card will be determined at the time you receive it.

## B. Pass System

You must have a signed pass when you go from one part of the facility to another. The only exception is group movement such as meals, recreation, work lines, etc. You must use the shortest route to go from point to point without delay. If you do not use the shortest route, you may be issued a misconduct for being in an unauthorized area. A staff member must sign the pass at the beginning and end of the movement. You must show your pass and I.D. to any employee who asks for them.

## C. Request Slips

A **DC-135A, Inmate's Request to Staff Member** is used to ask for information, interviews, or other things from staff members. This form is available on the housing unit. You must use a request slip to arrange a time to speak with staff concerning specific issues. The form has space for you to state the nature of your request. Be sure to write clearly and fill in all the sections at the top of the request slip. Any use of UCC references along with your signature could result in your correspondence or request slips being returned. In most cases, staff will respond to your request slip within five working days.

## D. Searches of Inmates and Cells (DC-ADM 203)

1. Your cell may be searched as part of a general search, randomly selected, or as part of an investigation. During a cell search, precautions are taken to avoid damage to items in the cell. Any item that is contraband or evidence of a crime or misconduct will be confiscated. You will be given a confiscation slip for any item that is removed.

2. If you have excessive personal property in your cell, you may choose to have these items (excluding food items) destroyed or mailed to someone (you must pay the shipping cost). You are not permitted to ship items that are contraband.

3. Confiscated money will be deposited in the Inmate General Welfare Fund (IGWF).

4. Excessive state-issued items will be confiscated; you may be issued a misconduct if the items have been altered or are unusable. A confiscation slip will only be used for non-state issued items and for those that are the subject of a misconduct.

5. You may be present when your cell is searched unless the ranking officer conducting the search determines that your presence would be a threat to staff or other inmates and/or the security of the facility. If the search is being conducted under emergency conditions, or if your presence will impair an ongoing investigation of criminal activity or violation of facility rules.

6. A random search of your cell may be conducted at any time but no later than one hour after the facility is locked up for the evening.

7. Before the search, an Officer will notify you that your cell has been randomly chosen and you will be given the option of remaining during the search. You will be asked to sign a form to show that you were present during the search or if you choose not to be present. If you refuse to sign the form, the officer will note your refusal on the record.

8. Your cell may be searched as part of an investigation when there is reasonable suspicion that you or your cellmate are concealing contraband, are involved in criminal activity, or involved in an activity that could threaten the security of the facility.

9. Your cell may be scanned by an electronic drug detection device or drug dogs for narcotics. This may be done without you being present.

10. Your cell will also be inspected for health, safety, and security reasons. A security inspection is conducted to check things such as doors, windows, bars, electrical fixtures, and plumbing. Your personal property will not be searched or disturbed during a security inspection except to the extent necessary to gain access to the things to be checked. Your presence is not required during a security inspection.

11. You may be searched at any time and in any area of the facility. Staff of either gender may conduct a pat search. Pat searches will be conducted in a professional manner. During a pat searched, you must:

    a. remove all items from your pockets and place them on a suitable surface;
    b. stand still with your feet apart and arms extended outward, palms upward; and
    c. follow the directions given by the staff member conducting the search.

12. You may be strip searched, when necessary, for the security and safe operation of the facility. You will be strip searched:

    a. upon reception;
    b. before and after every contact visit;
    c. when leaving the facility grounds and upon your return;
    d. following activities where you have the opportunity to mingle with outside groups, particularly where there are large numbers of people under minimal supervision;
    e. periodically if you are permitted to move in and out of the gate areas;
    f. when there is reason to believe that you are involved in an escape plot or in possession of contraband;
    g. when you enter or leave any restricted area;
    h. when you are admitted to, or discharged from, a Level 5 Housing Unit and/or,
    i. before and after being transported outside the secure perimeter.

13. Strip searches will, whenever possible, be conducted in an area separate from other inmates for privacy and to limit embarrassment. Unless it is an emergency, a staff member of your gender will conduct the strip search. The staff person conducting the search will avoid touching you except as required to control you, if necessary.

14. Strip searches will be conducted in a professional manner. When you are strip searched, you must:

    a. remove all items from your pockets and place them on suitable surface;
    b. remove all your clothing;
    c. stand still with your feet apart and arms extended outward, palms up; and
    d. follow the direction given by searching staff member.

15. A body cavity search may be conducted when there is reasonable belief that you are concealing contraband inside your body. A body cavity search may be authorized by the Facility Manager/designee when it has been determined that there is imminent danger to your health or to facility security or safety.

**E.   Facility Management**

1. The Facility Manager is in charge of the security, programs, and activities of the facility.

2. There are at least two Deputy Superintendents at each DOC facility. The Deputy Superintendent for Facilities Management (DSFM) is in charge of Unit Management and facility security. The Deputy Superintendent for Centralized Services (DSCS) is responsible for medical and mental health care, Correctional Industries, education, activities, and food services.

3. There is at least one Major at each facility. The Major supervises all facility Corrections Officers and the Unit Management Teams assigned to each housing unit. At facilities with two Majors, these responsibilities are shared between the Majors.

4. The Corrections Classification and Program Manager (CCPM) is responsible for inmate records, activities, volunteers, religious programs, inmate employment, and treatment programs.

## F. Resolution of Problems

1. Problems on your housing unit should first be directed to a Corrections Officer on the Unit. If the Officer cannot resolve the issue, you should bring the problem to the attention of your counselor or Unit Manager. If the issue is not resolved at that level, it should be brought to the attention of the Shift Commander, then the Major.

2. Your counselor is the first person to discuss treatment matters with. Your counselor can also help you with program changes, pre-parole matters, and personal problems.

3. Problems with your work assignment should be directed to your work supervisor.

4. Problems with academic/vocational education should be directed to the School Principal.

## G. Abuse Allegations (DC-ADM 001)

1. The Department does not permit any inmate to be subjected to abuse. All allegations of abuse are thoroughly investigated. Abuse includes:

   a. the use of excessive force upon you;
   b. an occurrence of an unwarranted life-threatening act against you;
   c. a verbal or written threat to inflict physical injury directed toward you; and/or
   d. sexual contact.

2. Excluded from being reported as abuse in this subsection are:

   a. conditions of confinement;
   b. claims of inadequate medical or intentionally denied medical care; and
   c. harassment or nonperformance of duty by a staff member.

3. Allegations of abuse may concern:

   a. persons who are employed by the Department;
   b. inmates;
   c. persons having business with or using the resources of the Department; and/or
   d. persons attempting, establishing, or maintaining contact with inmates.

4. If you are a victim of abuse, you need to report the abuse:

3. SgT Nowsel's arrest violates plaintiffs 14th amendment due process right procedural also The Equal Protection clause Sandin V. Conner, 515 U.S. 472, 483-84

115. S. Ct. 2293, 2300, 132 L.Ed. 2d 418, 429-30

(citing Wolff V. McDonnell, 418 U.S. 539, 94 S. Ct. 2963

41 L. Ed. 2d 935 (1974).

See also Uzzell V. Sully, 893 F. Supp 259, 263 n.10 (S.D.N.Y. 1945) and Inmate handbook Page 35

· (c) Snyder's confiscation of Religious Items violates the 14th amendment equal protections against discrimination and Religious Land use and institutionalized persons act for he failed to find the (least restrictive means), and wasn't there for that in respecting my religions beliefs. also 14th amendment Procedural due process because this officer new made a call to see if there was any concerns with the religions items and he failed to give plaintiff a reciept. which is stated in the D.O.C policy See D.O.C policy (DC-ADM 203) searches of inmates cells handbook pg 4 because I was not present for the cell search.

## II. Jurisdiction and Venue

4. This court has subject matter jurisdiction over this case. Pursuant to 42. U.S.C § 1983, 28, U.S.C § 1331

5. The events given rise to this complaint took place at Pennsylvania State Correctional Institution Benner Township here in Bellefonte Pennsylvania, within the Middle district of Pennsylvania and venue is proper in this court pursuant to 28 U.S.C. § 1391 (b)

6. This action is ripe for review because Mr. Bank has been placed in the RHU for a misconduct that by the Departments Policy states he was not supposed to be placed in the RHU also Mr. Banks's Religious Items are In the states possession illegally.

7. Mr. Banks has exhausted all administrative remedies to this matter.

III Parties

8. Mr. Banks is a person of Native American descent.

9. Mr. Banks is currently incarcerated at SCI-Benner and has been incarcerated at this facility at all times relevant to this action.

10. Mr. Banks ~~suicides~~ suffers from various mental illnesses.

11. Plaintiff has been raised since birth Native American. Is the leader of American Indian Movement Pennsylvania chapter.

12. Defendant Sgt. Novosel is employed by the Pennsylvania Department of Corrections (the "DOC) as correctional officer Sergent. At all relevent times Novosel acted under color of state law, and is sued in his individual and official capacities.

13. Defendant C.O. Snyder is employed by the (D.O.C) as a correctional officer. At all relevent times. C.O. Snyder acted under color of state law. C.O Snyder is sued in his individual capacity.

IV. Factual Allegations

14. Mr. Banks is an inmate at SCI-Benner

15. Mr. Banks is a sincere believer in, and practitioner of traditional Native American religion.

16. Mr. Bank's right to practice Native American religion and to be free from discrimination, life, liberty, limb, and property are guaranteed by the United States constitution and other federal laws.

17. Defendants are obligated by the 14th amendment to follow are proceedures regarding the care and duty for ~~inmates~~.

18. Native American religions Items are sacred and should never be touched. But officer styder not only touched but confiscated all religious itemes

19. Presently inmates at SCI Benner who practice additional ways. are permitted to wear Sacred Medicine bags that the officers understand ar not to be touched but only visually inspected.

20. Inmates at SCI benner who practive other mainstream religions are afforded more opportunities protections like the christian cross that my cell mate posses during the time of the cell search. The same christian cross made of 2 sharp copper blades that are considered contraband that C.O Snyder did not touch.

21. on 4-1-19 I was written up for the same misconduct that Sgt Novosel charged me with on 2-22-20 charge # 36 possession of contraband where I possesed open razer blades and other contreband with out extraordinary circumstance which is stated in D.O.C policy In this issue back in 4-1-19 contraband was only revoked and no monetary debts were issued for the other contraband also no RHU time was given because by policy this misconduct is only a Informal but strangely Sergent Novosel's incident which was exactly the same as the incident in 4-1-19 was handled maliciously different. (See exhibt A for comparison on Informal pages)

22. to place Plaintiff in the RHU for this misconduct indeed violates the 14th amendment

VI. Claims for Relief

Count 1. 14th amendment  Procedural due process

23. Defendants has collectively violated the 14th amendment Due Process when Sgt Novsel did not have any extraordinary circumstance to have me placed in the RHU and no Due Process before a decision was given. Also haveing CO. Snyder come and confiscate my religiong Items while I wasnt there and not giving me confiscation slip violates the Due Process also.

24. A reasonable person especially ones who are proffessionals held to the proffessional boundaries established by the correctional officer's academy should have known that 1. Placing me In the RHU for an open Razor with no exstaordinary circumstances Violated my 14th amendment procedual Due process right and then to have Officer Snydr remove my Religious Items in which he was not even suppose to touch without giving me a confiscation slip indeed violate my due process rights and clearly shows discriminitory indent which also Violates the 14th amendment equal protections clause for they knew I was Native American And as both defendants had agreed upon that they where en quote "Tired of ME".

25. Therefore Defendants have intentionally, recklessly and callously deprived Mr. Banks of his Due process rights and 14th amendment equal protection right and are liable to Mr. Banks under 42 U.S.C. § 1983.

## Count III Violation of the Religious land use and Institutionalized Persons act (RLUIPA.

26. Congress enacted RLuipa "to grant heightened protection to prisoners from burdens imposed by the government." Washington V. Clemm, 497 F.3d 272, 276 (3rd Cir. 2007)

27. Section 3 of RLuipa provides "No government shall impose a substantial burden on the religious exercise of a person residing in or confined to an institution" unless the government establishes that the burden is "in furtherance of a compelling governmental interest" and is "the least restrictive means of furthering that interest" 42 U.S.C. § 2000 cc 1(a).

28. C.O. Snyder's confiscation of my religious Items was a violation of religion and substantially burdend my ~~least Restrictive~~ religious Beliefs, Practices, and traditions and was done without a compelling government interested because the items where are Authorized by the chaple. and were either given to me by the creator or from my congregation dureing otahon-giveaway gerémony. The religious Items were not consernes of safety security health of the institution And also was not at all the least restrictive means For this officer did not call my chaplain to assist in the visual inspection of my sacred items which lead to them being violated by his hands and my religious belief of no touching. infringed opon. given they werent hideing any contraband but were still taken,

## VI. Request Relief

Wherefore, Plaintiff Marin "Running River" Banks respectfully request Judment as follows:

1. The ~~defendant~~ be Fired.

2. And both Pay me $50'000 apiece.

3. All my Items are returned

4. A policy is to be created that reminds them never to ~~touch~~ Native american or any other groups Sacred items. but only to Visually inspect them in the presence of the faith leader to protect the least restrictive means of Religi

5, Such addition and further relief as the court deems Just and equitable.

respectfully submittal.

Marvin Running River Banks

Marvin Banks # ND5137

SCI Benner

301 institution Dr.

Bellefonte P.A. 16823

Marvin Banks

8-19-20

Order

It is now ordered

Certificate of Service

I hereby certify that on this date
a true and correct copy of complaint
was sent to clerk of court

On 8-23-20

R R Banks

Exhibit

A

D.O.C policies   Dc -ADM 203
established procedure for cell Searches
in which  C.O. Snyder violated,

and D.O.C policy on Misconducts DC-ADM-801
in which SGT Novosel violated their own policy.
And false and Illegally filed misconduct report
of SGT. Novosel who has an extensive history
in this pason for Illegal conduct not limited to
discrimination on gender / and sexuall advances on
the inmate population,

II.   **Daily Operations**

A. **Identification Cards**

Each inmate is issued an Identification Card (I.D.). You must carry your I.D. card at all times, other than to/from the showers. You must show your I.D. card, and give your name and number to any employee who asks for it. You should keep your I.D. card in good condition; it is used for commissary and other activities. Lost, destroyed, or damaged I.D. cards must be replaced immediately; the cost will be charged to your account. You must obtain a new I.D. at your expense when there is a significant change in your physical appearance, weight gain/loss, growing/shaving facial hair, etc. The cost of the new I.D. card will be determined at the time you receive it.

B. **Pass System**

You must have a signed pass when you go from one part of the facility to another. The only exception is group movement such as meals, recreation, work lines, etc. You must use the shortest route to go from point to point without delay. If you do not use the shortest route, you may be issued a misconduct for being in an unauthorized area. A staff member must sign the pass at the beginning and end of the movement. You must show your pass and I.D. to any employee who asks for them.

C. **Request Slips**

A **DC-135A, Inmate's Request to Staff Member** is used to ask for information, interviews, or other things from staff members. This form is available on the housing unit. You must use a request slip to arrange a time to speak with staff concerning specific issues. The form has space for you to state the nature of your request. Be sure to write clearly and fill in all the sections at the top of the request slip. Any use of UCC references along with your signature could result in your correspondence or request slips being returned. In most cases, staff will respond to your request slip within five working days.

D. **Searches of Inmates and Cells (DC-ADM 203)**

1. Your cell may be searched as part of a general search, randomly selected, or as part of an investigation. During a cell search, precautions are taken to avoid damage to items in the cell. Any item that is contraband or evidence of a crime or misconduct will be confiscated. You will be given a confiscation slip for any item that is removed. *I was not*

2. If you have excessive personal property in your cell, you may choose to have these items (excluding food items) destroyed or mailed to someone (you must pay the shipping cost). You are not permitted to ship items that are contraband.

3. Confiscated money will be deposited in the Inmate General Welfare Fund (IGWF).

4. Excessive state issued items will be confiscated; you may be issued a misconduct if the items have been altered or are unusable. A confiscation slip will only be used for non-state issued items and for those that are the subject of a misconduct.

5. You may be present when your cell is searched unless: the ranking officer conducting the search determines that your presence would be a threat to staff or other inmates and/or the security of the facility; if the search is being conducted under emergency conditions; or if your presence will impair an ongoing investigation of criminal activity or violation of facility rules.

6. A random search of your cell may be conducted at any time, but no later than one hour after the facility is locked up for the evening.

7. Before the search, an officer will notify you that your cell has been randomly chosen and you will be given the option of remaining during the search. You will be asked to sign a form to show that you were present during the search or if you choose not to be present. If you refuse to sign the form, the officer will note your refusal on the record.

8. Your cell may be searched as part of an investigation when there is reasonable suspicion that you or your cellmate are concealing contraband, are involved in criminal activity, or involved in an activity that could threaten the security of the facility.

9. Your cell may be scanned by an electronic drug detection device or drug dogs for narcotics. This may be done without you being present.

10. Your cell will also be inspected for health, safety, and security reasons. A security inspection is conducted to check things such as doors, windows, bars, electrical fixtures, and plumbing. Your personal property will not be searched or disturbed during a security inspection except to the extent necessary to gain access to the things to be checked. Your presence is not required during a security inspection.

11. You may be searched at any time and in any area of the facility. Staff of either gender may conduct a pat search of a male inmate. Unless it is an emergency, pat searches of female inmates will be conducted by female staff. Pat searches will be conducted in a professional manner. During a pat search, you must:

    a. remove all items from your pockets and place them on a suitable surface;
    b. stand still with your feet apart and arms extended outward, palms upward; and
    c. follow the directions given by the staff member conducting the search.

12. You may be strip searched, when necessary, for the security and safe operation of the facility. You will be strip searched:

    a. upon reception;
    b. before and after every contact visit;
    c. when leaving the facility grounds and upon your return;
    d. following activities where you have the opportunity to mingle with outside groups, particularly where there are large numbers of people under minimal supervision;
    e. periodically if you are permitted to move in and out of the gate areas;
    f. when there is reason to believe that you are involved in an escape plot or in possession of contraband;
    g. when you enter or leave any restricted area;
    h. when you are admitted to, or discharged from, a Level 5 Housing Unit;
    i. prior to placement in a Psychiatric Observation Cell (POC); and/or
    j. before and after being transported outside the secure perimeter.

13. Strip searches will, whenever possible, be conducted in an area separate from other inmates for privacy and to limit embarrassment. Unless it is an emergency, a staff member of your gender will conduct the strip search. Transgender or intersex inmates will be searched by a staff member consistent with the gender of inmates housed at that facility. The staff person conducting the search will avoid touching you except as required to control you, if necessary.

**D. Contraband**

1.  You may not have any item in your possession, or under your control, that was not issued to you by the Department, purchased by you through the commissary, and/or otherwise approved for you by the facility.

2.  If you become aware of contraband anywhere within the facility or on the grounds, you must report it immediately to a staff member.

3.  Contraband includes, but is not limited to:

    a.  weapon, gun, firearm, or ammunition;
    b.  unauthorized explosive, corrosive, or flammable material;
    c.  unauthorized tool, or a tool not under the direct supervision of a staff member;
    d.  cash currency;
    e.  credit/charge card(s) or credit/charge card application forms;
    f.  item(s) not issued through approved channels;
    g.  stamps and pre-paid envelopes sent to the facility from the outside;
    h.  publication(s) that advocate and assist in filing bogus or fraudulent Uniform Commercial Code (UCC) liens;
    i.  forms that may be used in the fraudulent filing of UCC claims and/or publications that promote this practice;
    j.  fraudulent IRS tax returns and/or IRS or state income tax forms that may be used in the fraudulent filing of tax returns;
    k.  items not approved for mail delivery or not approved for a visitor to introduce;
    l.  obscene materials or materials depicting nudity, in accordance with **DC-ADM 803**;
    m.  gang-related materials, literature, photographs, graffiti, etc.;
    n.  civilian clothing and/or non-authorized colored t-shirts;
    o.  property belonging to another inmate;  *in which snyder gave me a radio that wasn't mine*
    p.  implement(s) of escape;
    q.  any item used to indicate gang affiliation;
    r.  personal items or valuables whose ownership cannot be determined;
    s.  three dimensional art objects;
    t.  personal property in excess of the allowable limits (items such as televisions, typewriters, radios, jewelry, etc., which are of value must be disposed of in accordance with established state guidelines and procedures);
    u.  perishables (excessive amounts), intoxicating beverages, intoxicants, or materials used in fermentation;
    v.  expired prescribed medications and non-prescribed medications, expired over-the-counter medications, and prescribed medication removed from its original packaging (blister pack) and not consumed immediately by the inmate;
    w.  controlled substances as defined by the **Controlled Substance, Drug, Device and Cosmetics Act, 35 Pa. C.S.A. §780-101 (April 14, 1972, P.L. 233, no. 64) and drug paraphernalia**;
    x.  bodily fluids and hazardous wastes;
    y.  cell phones, wireless handheld data devices, cameras, DVD players, memory cards, and recording devices of any type;
    z.  any article specifically prohibited by state or federal statute, Department policy, or regulation; and
    aa. any item that can reasonably be used to facilitate a crime or misconduct.

**E. Outside Purchases**

1. You are permitted to purchase certain approved items from approved vendors. Only items listed in **DC-ADM 815** may be purchased.

2. Items available in the commissary must be purchased from the commissary. Approved non-consumable items that are not stocked in the commissary may be approved for outside purchase.

3. Religious items are purchased in accordance with **DC-ADM 815** and **DC-ADM 819, "Religious Activities"** and with the permission of the FCPD.

4. All purchases must be approved before the item is received by the facility. You must submit a **DC-815A, Outside Purchase Approval Form** to request an outside purchase. All requests for outside purchase must be reviewed by a designated facility official, who may approve or disapprove the request. Approval of the **DC-815A** is conditional. Final approval is made upon inspection when the item is received. You are limited to one outside purchase order per month.

5. You must have the funds to make an outside purchase in your personal account at the time of request. The funds needed for your purchase will be set-aside at the time the order is processed. Credit and layaway purchases are not permitted.

6. Return of items will be at your expense. Non-returnable items are considered contraband.

7. You must pay all costs associated with outside purchases including taxes, postage, and delivery charges. The facility may refuse to accept any outside purchase item for which postage or any other money is due or for which the request was not properly processed.

8. Only items shipped directly from a permitted vendor to the facility will be accepted and all packages must be addressed to you. The address on the package must contain your committed name, your Department number, and the complete address of the facility in which you are housed. The vendor or store name and return address must be clearly shown on the outside of the package. No handwritten labels, business cards, or store receipts will be accepted. Packages not meeting these requirements will be sent back to the vendor or store as undeliverable and without the facility assuming any responsibility for the package. The facility may decline to accept any package that is not properly addressed.

9. The only exceptions are packages containing personal clothing for parole. These packages must be clearly marked "Parole Clothes" and sent within 30 days of your release date.

10. All packages delivered to the facility will be opened and searched. If contraband is found, the package will be confiscated and it may be returned to the sender or held for evidence. Any money concealed in a package received by the facility is contraband and will be deposited in the IGWF. Promotional gifts received with an outside purchase, which are determined to be contraband, will be mailed home at your expense, or destroyed.

11. Each electronic device will be tested to ensure it works. After the device is tested and you accept it, it will be engraved to mark your name and number. This is to establish ownership during searches and/or if an item is reported stolen. All electronic devices will be searched for contraband and the tops of all screws used in the item will be painted in order to detect tampering.

14. When the signal is given for a count, you must immediately stand by your cell door or bunk, with the light on, so you are clearly visible to the officer taking the count. You must remain silent during count. If it is necessary to take a recount, you must go through the same procedure. When count is completed, you will be notified by an announcement. Counts taken after evening lockup will be silent counts and, except for you being visible to staff, the above does not apply.

15. Earphones must be used with personal radio, televisions, and electronic musical instruments at all times unless otherwise approved by the facility. These items may not be carried from place to place while playing.

16. All trash must be put in the trashcans or containers provided.

17. No pets are allowed, except as permitted for the Prison Pup Program.

18. Shower facilities and clothing are provided for you, and you are expected to maintain acceptable personal hygiene, be neatly dressed, and conscious of your personal hygiene at all times. If personal cleanliness (failure on your part to keep clean) becomes a problem, staff members will notify you and you are required to correct the situation. If you refuse, you may be issued a misconduct.

19. Fire drills are conducted on a regular basis. When a drill is announced, exit the housing unit in a quiet, orderly manner as directed by staff. Failure to participate will result in a misconduct.

20. Tampering with Life Safety devices such as sprinkler heads, smoke and/or heat detectors, pull stations, and associated equipment will be considered a felony and prosecuted as such.

21. Fire load reduction: Combustible materials will be limited to only approved items as outlined in the **DC-ADM 815** and this publication.

## D. Misconducts (DC-ADM 801)

1. If you break a Department or facility rule, you may be issued a misconduct. All rule violations are reported on a **DC-141, Misconduct Report, Part I**. The misconduct report is used to give you notice of the rule violations with which you have been charged and report the facts of the charges. The report will be used as evidence against you during the formal misconduct hearing or informal resolution meeting. A list of the misconduct charges can be found in this handbook.

2. In the case of a formal misconduct, you will be given a copy of the **DC-141** the same day as it is written. If you are not given a copy the same day the report is written, the Shift Commander/designee must determine why the report was not given to you and indicate the reason on the misconduct report.

3. If the misconduct charge is of a serious nature, the Shift Commander may place you in pre-hearing confinement in the Restricted Housing Unit until you have a hearing. If you are placed in pre-hearing confinement, the Facility Manager/designee will review your placement within 72 hours. *See misconduct next page*

4. Misconducts are disposed of by either an informal resolution meeting with your Unit Manager or a formal hearing conducted by the Hearing Examiner. The misconduct charges eligible for informal resolutions are Class I charges #'s 35 through 46, and all Class II charges. If the inmate is a Youthful Offender (under the age of 18) or carried on the active MH/ID Roster and *put in the hole*

*Mine # 36 why was I  Also put...*

(the misconduct is non-violent in nature (i.e., misconduct charges #26 to #53) the Shift Commander will refer the misconduct for informal resolution absent any extraordinary circumstances.

5.   For an informal resolution, the Unit Manager/designee and at least one other member of the Unit Management Team will meet with you for disposition of the charges within seven working days, excluding weekends and state holidays. The reporting staff member is not required to attend the meeting.

6.   If you refuse to attend the informal resolution meeting, the Unit Manager will return the misconduct report to the Shift Commander and it will be forwarded to a Hearing Examiner for a formal hearing. If the misconduct report is handled formally, a Hearing Examiner will conduct the hearing.

7.   You are expected to attend the misconduct hearing. If you refuse to attend, you will be asked to sign a waiver advising you that you have a right to a hearing but you may waive that right. If you refuse to attend the hearing or sign a waiver, two staff members who witness the refusal will sign the waiver form and the hearing will be held without your presence. The Hearing Examiner will determine guilt or innocence, and a sanction will be imposed if you are found guilty. You may not appeal the results of a hearing you refuse to attend.

8.   If you become disruptive at the hearing or refuse to follow the instructions given by the Hearing Examiner, you will be removed and the hearing will be conducted without you being present.

9.   In cases when it is apparent that you are unable to collect and present evidence effectively on your own behalf, assistance will be permitted. You must be unable to understand the English language or be unable to read or understand the charges and/or the evidence to have assistance.

10.  If in the opinion of the Hearing Examiner, you are unable to participate in a hearing, the Hearing Examiner will postpone the hearing until you are able to participate. The decision to postpone a hearing for one of these reasons will be in writing and will be made at the time the hearing would have been held.

11.  An inmate with a serious mental illness (SMI) may be assisted in preparing for a misconduct hearing by a Certified Peer Specialist as part of the Certified Peer Specialist's duties. The assigned Certified Peer Specialist will have no connection with the underlying facts of the misconduct and cannot be called as a witness in the underlying case.

12.  In misconducts involving financial loss or cost because of your behavior, the Hearing Examiner may impose costs against you for replacement or repair of items.

13.  The Hearing Examiner may dismiss any misconduct charge without prejudice, to permit recharge without deciding if you are guilty or innocent.

14.  If you are found guilty of a drug-related misconduct, the Hearing Examiner will complete a **Drug-Related Misconduct Form** and give you a copy. This form will serve as your notice that you were found guilty of a misconduct for dealing, possessing, or using (including by urinalysis or refusal to submit to urinalysis) illegal drugs, non-prescribed drugs, controlled substances and/or drug paraphernalia and that you will be prohibited from having contact visits for the period specified below.

*t. Entered*

D
4
JAC

Form DC-141 Part 1
Rev. 12/2017

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

D 351977

☑ MISCONDUCT REPORT      ☐ OTHER      ☐ DC-ADM 801 INFORMAL RESOLUTION

| DC Number | Name | Institution | Incident Time 24 Hr. Base | Incident Date | Date of Report |
|---|---|---|---|---|---|
| ND5137 | Banks, Marvin | SCI BEN | 1740 | 2/22/2020 | 2/22/2020 |

| Quarters | Place of Incident |
|---|---|
| G-A-2051 | G-A 2051 |

**OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)**

| DC Number | Name | I | W | DC Number | Name | I | W |
|---|---|---|---|---|---|---|---|
| NC8117 | Francisco | X | | | | | |
| STAFF | CO1 Snyder, N. | X | | | | | |

**MISCONDUCT CHARGE OR OTHER ACTION**

#36 Possession of contraband

**STAFF MEMBER'S VERSION**

On 2/22/2020 at 1740 hours while conducting a bar and window check on G-A-2051 which houses inmate (ND5137) Banks, marvin and inmate (NC8117) Francisco, Timothy I discovered 1 altered orange razor missing the handle and some of the housing was removed to expose the razorblade this could be used as a weapon, 1 piece of a razor blade with no other pieces accounted for, and a lighter located on the top of the left cabinet. There was also two full green razors in the cell, one belonging to each inmate. When asked inmate (NC8117) Banks took ownership of the items located on top of the left cabinet. The search team could not find any other other pieces of the partial razor in G-A-2051. EOR

*not WAS So this
is merely speculation
and considered culpatory evidence*

CIR # C418961

**IMMEDIATE ACTION TAKEN AND REASON** *Misconduct Warranted, I/m informed, I/m placed in the SL5HU pending disposition of H.E.X. I/m placed in SL5HU due to seriousness of the report. I/m Placed in poc prior to issuing this report 2-24-20 I/m moved to SL5HU and issued this repo.*

**PRE-HEARING CONFINEMENT**

| | IF YES | |
|---|---|---|
| | TIME | DATE |
| ☑ YES ☐ NO | 1930 | 2-22-2020 |

**FORMS GIVEN TO INMATE**
☑ REQUEST FOR WITNESSES AND REPRESENTATION      ☑ INMATE'S VERSION   1C

**DATE AND TIME INMATE GIVEN COPY**

| REPORTING STAFF MEMBER SIGNATURE AND TITLE | ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY SIGNATURE AND TITLE | DATE | TIME 24 HOUR BASE |
|---|---|---|---|
| COII J NOVOSEL | *CapT Luciano* | 2-24-20  2/25/20 | 1700  0630 |

**MISCONDUCT CATEGORY**

Signature of Person Serving Notice

| YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER | | MISCONDUCT CATEGORY |
|---|---|---|
| DATE | TIME | ☑ CLASS 1   ☐ CLASS 2 |
| 2/24/2020  2/26/20 | 0800 | |

**Notice to Inmate**

You are scheduled for a hearing on the allegation on the date and time indicated or as soon thereafter as possible. You may remain silent if you wish. Anything you say shall be used against you both at the misconduct hearing and in a court of law, if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you shall be asked no further questions. If you are found guilty of a Class 1 misconduct, any pre-release status you have shall be revoked.

WHITE - DC-15                    YELLOW - Inmate                    PINK - Reporting Staff Member

DC-141, Part 2(B)
DISCIPLINARY HEARING
REPORT

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**

| DC Number ND5137 | Name Banks, M. | Facility BEN | Hearing Date 2/27/20 | Hearing Time 0935 | No. from Part 1 D351977 |
|---|---|---|---|---|---|
| INMATE PLEA | ☑ Guilty ☐ Not Guilty | ☐ No Plea ☐ Other | VERDICT | ☑ Guilty ☐ Not Guilty | |

HEARING ACTION

CHARGES    #36                                **Video Hearing**

FINDINGS OF FACT, VERDICT, AND SANCTIONS IMPOSED

I/M pleads GUILTY to charge #36.

HEX accepts I/M's GUILTY plea to charge #36.

GUILTY #36 - 21 days DC

Effective 2/22/20

Was not suppose to get 21 days
hole time was only suppose
to get cell restriction on
the block.

| | | | |
|---|---|---|---|
| ☑ YES | ☐ NO | The inmate has heard the decision and has been told the reason for it and what will happen. | 1-C Inmate Version 2-A |
| ☑ YES | ☐ NO | The circumstances of the charge have been read and fully explained to the inmate. | |
| ☑ YES | ☐ NO | The opportunity to have the inmate's version reported as part of the record was given. | SEE APPENDICES ☒ |
| ☑ YES | ☐ NO | The inmate has been advised that within 15 days a request for a formal review may be submitted and that this request must contain specific reasons for the review. | |

| NAME(S) OF HEARING EXAMINER/COMMITTEE (TYPED OR PRINTED) | Hearing Report and all appended information must be signed. Signature indicates finished report with appendices. |
|---|---|
| J. Schneck | *J. Schneck* |
| | SIGNATURE OF HEARING EXAMINER/COORDINATOR |

WHITE – DC-15          YELLOW – Inmate Cited          PINK – Staff Member Reporting Misconduct
GOLDENROD – Deputy Facility Manager

Exibit

B

Old mizcanducts involving loose raza
Blale in which the procedure Informal process
was followed no hole time Recieved this
shows disconmatory and is not equal to
the set procedure. and the incident at question.

_Informal_                    _Old_                    

FORM DC-141   PART II B               COMMONWEALTH OF PENNSYLVANIA
DISCIPLINARY HEARING REPORT           DEPARTMENT OF CORRECTIONS

| DC Number | Name | Institution SCI- BEN | Hearing Date 10May19 | Hearing Time 0830 | No. from PART I D143110 |
|---|---|---|---|---|---|
| ND5137 | Banks | | | | |

| INMATE PLEA | ☒ Guilty<br>☐ Not Guilty | ☐ No Plea<br>☐ Other | Verdict | ☒ Guilty<br>☐ Not Guilty |
|---|---|---|---|---|

**HEARING ACTION**

CHARGES   **# 35**                                              **Video Hearing**

**FINDINGS OF FACT, VERDICT, AND SANCTIONS IMPOSED**

Inmate pleads guilty to # 35
Hex accepts guilty to # 35.

No RHU Time.

Guilty # 35 - Revoke
Contraband
- Rep/warn

| | | |
|---|---|---|
| ☒ Yes | ☐ No | The inmate has heard the decision and has been told the reason for it and what will happen. |
| ☒ Yes | ☐ No | The circumstances of the charge have been read and fully explained to the inmate. |
| ☒ Yes | ☐ No | The opportunity to have the inmate's version reported as part of the record was given. |
| ☒ Yes | ☐ No | The inmate has been advised that within 15 days a request for a formal review may be submitted and that this request must contain specific reasons for the review. |

SEE APPENDICES
☒
~~letter~~
Version
IC

NAME(S) OF HEARING EXAMINER/COMMITTEE

Mr. Szelewski

Hearing Report and all appended information must be signed.  Signature indicates finished report with appendices.

_Szelewski_

HA 261-1

FORM DC-141   PART II B

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

DISCIPLINARY HEARING REPORT

| DC Number | Name | Institution | Hearing Date | Hearing Time | No. from PART I |
|---|---|---|---|---|---|
| ND5137 | Aba Banks | SCI- BEN | 16 April 19 | 0847 | D350704 |

| INMATE | ☒ Guilty | ☐ No Plea | Verdict | ☒ Guilty |
|---|---|---|---|---|
| PLEA | ☐ Not Guilty | ☐ Other | | ☐ Not Guilty |

**HEARING ACTION**

CHARGES   # 38   (# 36)   # 45   **Video Hearing**

**FINDINGS OF FACT, VERDICT, AND SANCTIONS IMPOSED**

Inmate pleads guicy to # 36
Hex acepts guicy to # 36.

Cellie took owenship of Items ardpaid

~Banks no "medicine Bag confiscated from Banks why it was
also seen
But they neuer took my medicine bug that           to be
was also altered to theiro stanudards           altered
and neuer took my christian   (Guicy #36 - Revoke
crosses                    Contraband
they only took        - Reduce to class II
Other all native items.

Dismiss # 38 #45

| ☒ Yes | ☐ No | The inmate has heard the decision and has been told the reason for it and what will happen. |
| ☒ Yes | ☐ No | The circumstances of the charge have been read and fully explained to the inmate. |
| ☒ Yes | ☐ No | The opportunity to have the inmate's version reported as part of the record was given. |
| ☒ Yes | ☐ No | The inmate has been advised that within 15 days a request for a formal review may be submitted and that this request must contain specific reasons for the review. |

SEE APPENDICES
☒ CIR
IC
velson
witness

| NAME(S) OF HEARING EXAMINER/COMMITTEE | Hearing Report and all appended information must be signed. Signature indicates finished report with appendices. |
|---|---|
| Mr. Szelewski | Szelewski |

Cc: DC-15, Inmate Cited, Staff Member Reporting Misconduct, Deputy Superintendent

*loggal (up)*        *old example*        *careri Mayhew*

Form DC-141 Part 1
Rev. 12/2017

# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF CORRECTIONS

**D 350704**

*informal resolution*

☒ MISCONDUCT REPORT   ☐ OTHER   ☒ DC-ADM 801 INFORMAL RESOLUTION

| DC Number | Name | Institution | Incident Time 24 Hr. Base | Incident Date | Date of Report |
|---|---|---|---|---|---|
| ND 5137 | Marvin Banks | SCI BEN | 1000 | 4/1/2019 | 4/2/2019 |

| Quarters | Place of Incident |
|---|---|
| HA-147 | HA 147 |

### OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)

| DC Number | Name | I | W | DC Number | Name | I | W |
|---|---|---|---|---|---|---|---|
| LJ6020 | Lingenfelter *AKA young wolf who is native also.* |  | X |  | CO1 Goss |  | > |

## MISCONDUCT CHARGE OR OTHER ACTION

Class 1 #38 Destroying, altering, tampering with, or damaging property

Class 1 #36 Possession of contraband        class one #45 failure to report contraband

### STAFF MEMBER'S VERSION

On the above date and time this officer was conducting an investigative cell search in Cell H A 1047 housing inmates Banks (ND 5137 and Lingenfelter LJ 6020. During the search this officer found multiple items made from altered state property that inmate banks claimed ownership of. Items were constructed from a state sheet, state boots, a state coat, 1 knit hat, state pants and one pair of boots that was not claimed by either inmate, however the tounge was cut off the boots, and each inmate had a medicine bag made from the tounge of a boot. *Why didnt they take the medicine bags.* Please assess inmate Banks for items as follow: 1 state sheet $6.50, 1 pair of state boots $33.00, one pair of state issue pants $12.50 Winter coat $41.75.

Inmate Banks also admitted ownership of a pair of loose razor blades.    *no we believe bag was put in the confiscated slip. we still have them.*

CTL: 6954903/6954904

*Informal Resolution. (up)*

### IMMEDIATE ACTION TAKEN AND REASON *effort warranted ... to removal on person STATUS UNTIL seen by the ... departmental kept for ... for 'request' ...* *(1-c)*

|  | PRE-HEARING CONFINEMENT | | |
|---|---|---|---|
|  | IF YES | | |
|  | TIME | DATE | |
| ☐ YES |  |  | FORMS GIVEN TO INMATE |
| ☒ NO |  |  | ☒ REQUEST FOR WITNESSES AND REPRESENTATION  ☒ INMATE'S VERSION |

| REPORTING STAFF MEMBER SIGNATURE AND TITLE | ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY  SIGNATURE AND TITLE | DATE AND TIME INMATE GIVEN COPY |
|---|---|---|
| B. Musselman CO1  *W. Musf(c)* | *K1 mk (Nowberg) Accept* | DATE  *4/10/19*   TIME 24 HOUR BASE |

| YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER | | MISCONDUCT CATEGORY | | Signature of Person Serving Notice |
|---|---|---|---|---|
| DATE | TIME |  |  | *K. Struble* |
| 4·12·19 | 0800 | ☒ CLASS 1 | ☐ CLASS 2 | *K. Struble* |

### Notice to Inmate

You are scheduled for a hearing on the allegation on the date and time indicated or as soon thereafter as possible. You may remain silent if you wish. Anything you say shall be used against you both at the misconduct hearing and in a court of law, if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you shall be asked no further questions. If you are found guilty of a Class 1 misconduct, any pre-release status you have shall be revoked.

WHITE - DC-15          YELLOW – Inmate          PINK – Reporting Staff Member

*DC-ADM 801, Inmate Discipline Procedures Manual*
*Section 1 – Misconducts/Rule Violations*

*Attachment 1-B*

notice no medicine bag like it clearly states we are nude from buds I still have this item.

| Item(s) Confiscated | Disposition | Item(s) Confiscated | Disposition |
|---|---|---|---|
| 1.1 - pipe Altered ✳ | H(L) | 2. 2 Loose Razor Blades | H(L) |
| 3. 3 - Altered Rings ✳ | H(L) | 4.1 Altered Pair of door set cover by nut | H(L) |
| 5. 1 - Altered paint Brush ✳ | HOLD | 6. | |
| 7. 1 - Altered pins | H(L) | 8. | |
| 9. 1 - Altered wire | H(L) | 10. | |

☐ **Uniform Commercial Code (UCC) and Paper Terrorism Materials**

UCC and related material will be confiscated and will not be subject to a disposition other than return to the inmate, destruction or forwarding to the Chief of Security or Chief Counsel's Office. Upon confiscation, the inmate has 15 days to file a grievance, in accordance with **DC-ADM 804, "Inmate Grievance Procedure."**

Signature and Title of *Staff Member* Confiscating the Item(s)   B. Musselman CCl

Signature and Title of *Staff Member* Disposing the Item(s)

# Exhibit C

My last cry for help involving
this issue and the Department of Corrections
Did nothing to help.



## pennsylvania
### DEPARTMENT OF CORRECTIONS

**TO**     Marvin Banks, ND5137
           SCI Benner Township

*[handwritten: ∂36]*     *[handwritten: FB]*

**FROM**   Wayne Inniss
           Staff Assistant, Eastern Region

**DATE**   April 30, 2020

**RE**     **Correspondence**

*[handwritten: Hey Did nothing I complained to the D.O.C. Because I felt]*

I am writing in response to your correspondence addressed to Deputy
Secretary Ferguson. Your correspondence has been referred to me for
review and response.

*[handwritten: somet... need to be serve... fwd]*

Mr. Banks, our records indicate that the matters of your property and the
staff that you allege involvement were addressed in depth and in detail
through the responses to grievance #855221. Our records also indicate
that you have appealed these matters to the final level of appeal.
Therefore, these specific matters are no longer grievable issues.

*[handwritten: I st do not]*

By copy of your letter and this response, SCI Benner Township
Administrative Staff will be apprised of the matters about which you wrote.
I trust that this response has adequately addressed your concerns.

*[handwritten: have my religious Items]*

TF/wi

cc:   Superintendent Marsh
      ausouthard #2020-C43-000000134
      Eastern File
      File

Exhibit D

1-of-2 sighs not to touch
Sacred Items. This is
What provoked the whole mistreatment.

Pnnsylvania Middle District Version 6.1

*[handwritten: Copy lot 10 Sent to Governor]*

*[handwritten: Law Suit Please do not touch Native Items.]*

ADMINO,PROSE,PRSLC

## United States District Court
## Middle District of Pennsylvania (Scranton)
## CIVIL DOCKET FOR CASE #: 3:19-cv-00427-ARC-PT

Banks v. Smith et al
Assigned to: Honorable A. Richard Caputo
Referred to: Pro Se Law Clerk PT
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/11/2019
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil
Rights
Jurisdiction: Federal Question

**Plaintiff**

**Marvin Banks**

represented by **Marvin Banks**
ND-5137
SCI - BENNER
SPECIAL MAIL - OPEN ONLY IN
THE PRESENCE OF THE INMATE
301 Institution Drive
Bellefonte, PA 16823
PRO SE

*[handwritten: Thread Weiss NO-9147 F-B-113]*

V.

**Defendant**
Terry Smith

**Defendant**
Michael Wenesowicz

**Defendant**
John E. Wetzel

**Defendant**
Superintendent Marsh

**Defendant**
Chaplain Matthew McCoy

**Defendant**
C.O. 1B Musslemen
*individual capacity*   *[handwritten: I removed Felt Sad for him]*

**Defendant**
Lt. Stavolla
*in his individual capacity*   *[handwritten: is here now 5-21-19 F-A]*

**Defendant**
C.O. Gross   *[handwritten: still watching]*

*[handwritten: Don't touch Native Items I'M sure your policy is wrong See FBP Policy]*

## Exhibit E

Shows C.O snyder had no legitimit reason for confiscating my religious Items in which he claims were homemade wich violates RLUIPA For Everything Native Americans have are to be Natrual from the creator or handmade so he has substantially burdened that Religious Practice. But states he was doing his job if so why would he give me A radio in my possession that doesn't belong to me then he only takes my Native American Items but leaves me My Muslim Prayer rug that was a gift radio seen on the Poporty sheet attached belonging to inmate # N D 8916        radio number
$454092017
                                    both engraved on radio.

**DC-153M Rev 1/2012**

**INMATE PERSONAL PROPERTY INVENTORY**
☐ Transfer ☑ Hold ☐ Initial Disposition ☐ Other

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
Facility: _____

**504816**

DC Number: _____ Name: _____

Method of Disposition
S – Ship   R – Return to Inmate   D – Destroy   H – Hold for Inmate

| ITEM | NO. METH | ITEM | NO. METH | ITEM | NO. METH | ITEM | NO. METH | ITEM | NO. METH |
|---|---|---|---|---|---|---|---|---|---|
| Belt | | Coffee | | Eyeglasses | | Dictionary | | Bra | |
| Boxers | | Cookie | | Eyeglasses Case | | DOC Handbook | | Bleach Cream | |
| Comm/Laundry Bag | | BBQ Sauce | | Eyeglasses – Sun | | Ear Buds | | Body Wash | |
| ID Card | | Grape Jelly | | Face Cream | | Envelopes | | Crochet Hooks | |
| Jacket (lightweight) | | Honey | | Foot Powder | | Extension Cord | | Crochet Items | |
| Pants | | Ketchup | | Hair Dressing | | File Folder | | Cross Stitch Thread | |
| Shirts | | Mustard | | Hemorrhoid Cream | | Games | | Emory Board | |
| Socks | | Mayo | | Hydrocortisone | | Greeting Cards | | Eye Makeup | |
| Summer Hat (cap) | | Salsa | | Laxative | | Headphones | | Hair Picks/Pins | |
| T-Shirt | | Crackers | | Lotion | | Headphone Ext | | Hair Removal Cream | |
| Towels | | Drink Mix | | Medical Bracelet | | Headphone Split | | Lipstick | |
| Washcloths | | Milk (powdered) | | Mirror | | ID Holder | | Miconazole Cream | |
| Winter Coat | | Nuts | | Mouth Wash | | Keys | | Pajamas (top) | |
| Winter Hat (knit hat) | | Oatmeal | | Muscle Rub | | Laundry Detergent | | Panty Liners | |
| **Footwear** | | **Packaged Meats** | | Nail Trimmers | | Legal Mail | | Rollers | |
| Boots/Shoes | | Beef | | Pain Relief | | Letters/Mail | | Sanitary Napkins | |
| (1) | | Chicken | | Petroleum Jelly | | Light Bulb | | Scarf | |
| (2) | | Fish | | Ponytail Holder | | Lock | | Scissors | |
| Sneakers | | Meat Stick | | Q-Tips | | Magazines | | Shower Cap | |
| (1) | | Pork | | Razors | | Mono Jack | | Side Combs | |
| (2) | | Sausage | | Saline | | Notebook | | Tampons | |
| (3) | | Mrs. Dash | | Shampoo | | **Paper** | | Tweezers | |
| Shoe (medical) | | Pasta Sauce | | Shaving Cream | | Carbon | | Yarn | |
| Shower Shoes | | Pastries | | Soap | | Notebook | | | |
| **Underwear** | | Peanut Butter | | Soap Dish | | Typing | | | |
| Athletic Shirt | | Pickles | | Tolnaftate Cream | | Paperwork | | | |
| Gloves | | Popcorn | | Toothbrush | | Photo Album | | | |
| Handkerchief | | Pretzels | | Toothbrush Case | | Photographs | | | |
| Headband | | Rice | | Toothpaste | | Playing Cards | | | |
| Laundry Bag | | Sugar/Substitute | | Towel | | Prayer Rug | | Muslim | |
| Rain Poncho | | Soup | | Vitamins | | Rug | | | |
| Religious Headgear | | Tea | | Washcloth | | Ruler | | | |
| Robe | | Tortillas | | | | Scotch Tape | | | |
| Shoe Brush | | | | | | Sewing Kit | | **OTHER ACKNOWLEDGMENT** | |
| Shoe Polish | | | | **Miscellaneous** | | Tablet (Legal) | | | |
| Socks | | | | ITEM NO. METH | | Tissues | | | |
| Sweat Pants | | | | Address Book | | Venda Card | | | |
| Sweat Shirts | | **Grooming/Health** | | **Art Supplies:** | | Wash Tub | | | |
| Sweat Shorts | | ITEM NO. METH | | Canvas Board | | Waste Basket | | | |
| T-Shirt | | Acne Cream | | Drawing Pad | | Y-Adaptor | | | |
| Thermal Bottom | | Allergy Tablets | | Erasers | | | | | |
| Thermal Top | | Antacid | | Highlighters | | **Tobacco** | | | |
| Underwear | | Antibiotic Cream | | Markers | | ITEM NO. METH | | | |
| Wristbands | | Band Aids | | Paint | | Cig Papers | | | |
| | | Brush | | Paint Brush | | Cig Roller | | | |
| **Food** | | Chap Stick | | Paint Case | | Cig Carton | | | |
| ITEM NO. METH | | Chest Rub | | Pen | | Cig Package | | | |
| Bagel | | Cocoa Butter | | Pencil | | Cigars | | | |
| Breakfast Food | | Comb | | Pencil – Colored | | Lighter | | | |
| Candy Bag | | Conditioner | | Batteries | | Pipe | | | |
| Candy Bar | | Contact Lenses | | Binder | | Pipe Cleaners | | | |
| Cereal Bag | | Cough Drop/Syrup | | **Books:** | | Pipe Filters | | | |
| Cereal Bar | | Dental Floss | | Legal | | Tobacco Chew | | | |
| Cheese | | Dentures | | Personal | | Tobacco Cig | | | |
| Cheese Puffs | | Denture Brush | | Religious | | Tobacco Pipe | | | |
| Chili Beans | | Denture Cleaner | | Book Light | | Tobacco Pouch | | | |
| Chips | | Denture Cream | | Bowl w/Lid | | Tobacco Snuff | | | |
| | | Deodorant | | Cup | | | | | |

| ITEM | DESCRIPTION OR SERIAL NO. | COST | UNIT | YES | NO | COMMENTS |
|---|---|---|---|---|---|---|
| AC Adapter | | | | | | |
| Calculator | | | | | | |
| Converter Box | | | | | | |
| Drum Set | | | | | | |
| Earrings | | | | | | |
| Fan | | | | | | |
| Foot Locker | | | | | | |
| Gig Bag | | | | | | |
| Guitar | | | | | | |
| Guitar Strings | | | | | | |
| Instrument Case | | | | | | |
| Keyboard | | | | | | |
| MP3 Player | | | | | | |
| Necklace (female only) | | | | | | |
| Necklace – Religious | | | | | | |
| Radio | | | | | | |
| Radio-Cassette/Walkman | | | | | other inmate no Justification | |
| Ring | | | | | | |
| Surge Protector – 5 Outlet | | | | | | |
| TV | | | | | | |
| TV-Antenna | | | | | | |
| TV-Remote | | | | | | |
| Typewriter | | | | | | |
| Typewriter Ribbon | | | | | | |
| Watch | | | | | | |

Articles marked "S" mailed (Signature and title) _____ Date Mailed _____

Mail To: _____

The property described above was inventoried and processed as indicated

Signature of Property Officer (print last name) _____ Signature of Inmate _____

Facility _____ Date _____

The property above was received and processed

Signature of Property Officer (print last name) _____ Signature of Inmate _____

Facility _____ Date _____

All property is/was present and accounted for. No property was missing and/or damaged. Property exceeding the allowable property that has been addressed per the applicable policy. Excess property in the form of legal property (active cases only) is in accordance with Department policy 6.3.1 Section 20. The inmate has been informed that allowable property must be contained in the containers permitted by the applicable policy. Inmate's signature acknowledges accuracy.

# Exhibit F

Shows that My Native American Rights have been violated in the past this is on going with the Security team Violates Religius land use institutionalized Resons Act and 14th amendment Equal Protection

I want send this to my lawyer...
If you settle with what I asked for.

**Form DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

my lawyer information is attached

Commonwealth of Pennsylvania
Department of Corrections

Hold with response

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

on 4-2-19 they altered they...

| | |
|---|---|
| 1. To: (Name and Title of Officer)<br>Superintendent Marsh | 2. Date:<br>4-5-19 |
| 3. By: (Print Inmate Name and Number)<br>~~[redacted]~~<br><br>*Marvin Baxter*<br>Inmate Signature | 4. Counselor's Name:<br>Mr. M. |
| | 5. Unit Manager's Name:<br>Ms. U |
| 6. Work Assignment: | 7. Housing Assignment:<br>~~[redacted]~~ |

RECEIVED
APR 09 2019
Superintendent's Office

8. Subject: State your request completely but briefly. Give details.

Mr. Marsh on Tuesday 4-2-19 I was targeted and discriminated against solely because I am native-American and I wrote to many grievances. So I guess and Muslem man did a investigation re' search on my cell that was altered by Lt. Stamick and took altered religious items. They took my altered religious native-head bands, pipes, rugs, and even destroyed my prayer oils but they left the 4 used christian crosses that I made to people who aren't — they tape them also so up at that they left all my cell imaging...

9. Response: (This Section for Staff Response Only)

Marvin — 1 Before you answered your own question — Altered items are indeed contraband and can be confiscated as they're not being used for intended purpose or altered in original approved state

before you respond

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME _____  DATE _____
Print                    Signature

I already know what policy says about Altered material it's not allowed but I want... TV, and... why they took the altered native stuff and not the altered christian stuff... I have...

*This happened to shake me up because the lawsuit was filed it was now about marijuana they never used* CC 10t3 Sent to lawyers H

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS** K9

*It is saying harrassment Discrimination.*

FOR OFFICIAL USE
**799829**
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: SCI Benner | DATE: 4-2-19 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Marvin Banks ND5137 | SIGNATURE OF INMATE: Marvin Banks | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: H-A-147-01 | |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

*They never utilized the least Restrictive mea with regof to reli nature of item esp*

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Today this tuesday Co.1 9955 and Co.1 Mussleman did an investigative cell search on my cell for some reason they claimed to have taken my Rugs off commissary with native drawings on them saying they were altered but along with headbands and other Sacred objects of mine like the destruction of my prayer altar which they where not suppose to touch and instead should have asked me to dismantle it I feel this is a show of discriminatory retaliation because they claim to have took items because they were altered but they left me with an altered blanket, altered, sheet 2 altered headbands altered sneakers and an altered brown Pants and pillow I would like my sacred

B. List actions taken and staff you have contacted, before submitting this grievance.
I had someone contact my lawyers which the doc and Lt Stallava know I would they all know I have them I've sent numerous amounts of Paper work and I talked to Lt Stallava.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____     _____
Signature of Facility Grievance Coordinator                              Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

*Note they didnt take my cellmates altered head bands they only took mine see confiscation slips*

RECEIVED
APR 0 4 2019

# Exhibit G.

This piece of evidence shows discrimination and peels back the curtain on Intentional intent of C.O. Snyder who Mysteriously removed/confiscated all of My religious Items associated. With my Native American heritage. but Allowed contraband associated in my cell that is cristian related this illegall cross made from 2 "sharp" coffee blades belongs to my cell then cell mate Timothy Francisco. A white male. and was left un touched which leaves no Justifiscation for his malicious act.

# EXHIBIT G

# COULD NOT BE SCANNED OR IMAGED

# CROSS MADE OUT OF RAZOR BLADES

Cristian cross that they did not
touch or even take which they should
of because it was contraband

Violates 14th amendment

Declaration.

7-8-20

Declaration of Kenneth Lyons

I was found in possession of loose razor blades on 6-6-20 and it was not put in the RHU. The blades were only confiscated so far Mr Banks to have been placed in the RHU for loose razor blades is unfair and shows the CO's had it out for him

Kenneth Lyons