FILED
SCRANTON
OCT 16 2020
Per_____
   DEPUTY CLERK

20-CV-1545

It is a new week and I must take the proper precautions in keeping you notified on my legal mail status. I still have not recieved the

Defendants appearance of counsel information and their waiver of summons stateing the date in which they are to answer my complaint case Banks V. Novasel 1:20-cv-1545. this jail is from the rumor I've herd is throwing my legal mail away in attempts to sabotage this case I havent recieved anything from this office since. 8-28-20 it is now 11-8-20.

Marvin Running River Banks

Marvin "RR" Banks #ND5137
SCI Bennes
P.o. Box 33028
St. Petersburg FL 33733

RECEIVED
SCRANTON
OCT 16 2020
PER
DEPUTY CLERK

INMATE MAIL
PA DEPT OF
CORRECTIONS



U.S. POSTAGE >> PITNEY BOWES
ZIP 16823 $ 000.50°
02 1W
0001403631 OCT 09 2020

Peter J. Welsh
235 N. Washington Ave.
P.O. Box 1148
Scranton P.A. 18501